## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    8:23-cv-01386-JWH-AJR                    Date:  March 5, 2024
                                                     Page 1 of 2

Title:    Travis J. Brown v. T. Cisneros

---

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DENIED AND THE ACTION DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

### HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE

 Claudia Garcia-Marquez                    None
      Deputy Clerk             Court Reporter/Recorder

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT:

        None Present                        None Present

**PROCEEDINGS:  (IN CHAMBERS)**

     On July 16, 2023, Travis J. Brown, a California State Prisoner proceeding *pro se* ("Petitioner"), filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (the "Petition").  (Dkt. 1.)  On January 18, 2024, Respondent T. Cisneros ("Respondent") filed an answer to the Petition and lodged various records from Petitioner's state court proceedings.  (Dkts. 24 & 25.)  On January 22, 2024, Petitioner filed a change of address.  (Dkt. 26.)  Subsequently, the Court granted Petitioner an additional twenty-one (21) days to respond to Respondent's answer.  (Dkt. 27.)  Petitioner's deadline to file a Reply to Respondent's answer, if any, was **February 22, 2024**.

     More than a week has passed since Petitioner's deadline to file a Reply to Respondent's Answer.  Petitioner is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the relief requested by the Answer, which would be the denial of the Petition as procedurally defaulted and on its

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      8:23-cv-01386-JWH-AJR                  Date:  March 5, 2024
                                                     Page 2 of 2

Title:      <u>Travis J. Brown v. T. Cisneros</u>

merits.  **Petitioner is further advised that failure to file a Reply to the Answer may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**  Petitioner is ordered to file a Reply, if any, within 14 days of the date of this Order (**March 19, 2024**).  If Petitioner fails to timely file a Reply, the Court will have to move forward with ruling on the Answer without considering Petitioner's response to the Answer.

IT IS SO ORDERED.