UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRAVIS J. BROWN, | Case No. 8:23-cv-01386-JWH-AJR |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| T. CISNEROS, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected and does not find any need to alter or modify the Report and Recommendation. Accordingly, it is hereby **ORDERED** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **DENYING** the Petition on the merits and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: October 9, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE