JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS J. BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. CISNEROS, WARDEN,<br><br>　　　　　Respondent. | Case No. 8:23-cv-01386-JWH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: October 9, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE